Terri R. Brown, Esq.  (IN #26279-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  tbrown@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

David Streza, Esq. (CSB #209353)
Vogl Meredith Burke LLP
456 Montgomery Street, 20th Floor
San Francisco, CA  94104
Telephone:  415-398-0200
Fax:  415-398-2820
E-Mail:  dstreza@vmbllp.com

*Local Counsel for Defendant Trans Union, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHRISTINA OLDHAM, an individual,<br>　　　　　Plaintiff,<br><br>　　vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, a limited liability company; TRANS UNION LLC, a limited liability company; and DOES 1 through 10 inclusive;<br>　　　　　Defendants. | CASE NO. 3:16-cv-07296-JST<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:  The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)**   (ADR L.R. 5)

☒ **Mediation (ADR L.R. 6)**

☐ **Private ADR** *(specify process and provider)*

The parties agree to hold the ADR session by:

> *Note*:  Magistrate judges do not conduct mediations under ADR L.R. 6.  To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference.  Do not use this form.  See Civil Local Rule 16-8 and ADR L.R. 3-5.

☐    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

☒    other requested deadline:   at least 120 days from the date of Case Management Conference  but no later than June 29, 2017

Dated: February 27, 2017          *s/Jeremy Scott Golden (with consent)*
                                                 Jeremy Scott Golden, Esq.
                                                 *Attorney for Plaintiff*

Dated: February 27, 2017          *s/ Thomas P. Quinn (with consent)*
                                                 Thomas P. Quinn, Esq.
                                                 *Attorney for Defendant Equifax, Inc.*

Dated: March 6, 2017               *s/ Terri R. Brown*
                                                 Terri R. Brown
                                                 *Attorney for Defendant Trans Union, LLC*

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS – 3:16-CV-07296-JST**

|   |   |   |
|---|---|---|
| 1 | ☒ | IT IS SO ORDERED. |
| 2 | ☐ | IT IS SO ORDERED WITH MODIFICATIONS |

Dated: March 6, 2017

_____
U.S. DISTRICT/MAGISTRATE JUDGE

STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS – 3:16-CV-07296-JST