Jeremy S. Golden (SBN 228007)
Cory M. Teed (SBN 299780)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA OLDHAM, an individual, | Case No.: 16-cv-07296-JST |
| Plaintiff, | **[PROPOSED] ORDER DISMISSING TRANS UNION LLC ONLY WITH PREJUDICE** |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC; a limited liability company; TRANS UNION LLC, a limited liability company; and DOES 1 through 10 inclusive, | |
| Defendants. | |

Pursuant to the parties' stipulation this Court hereby dismisses Defendant Trans Union LLC only with prejudice. Each party to bear its own costs and fees. This dismissal shall not apply to the other named Defendants.

IT IS SO ORDERED

DATE: June 5, 2017             BY: _____
                                              UNITED STATES DISTRICT JUDGE