# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA OLDHAM, an individual, ) | Case No.: 16-cv-07296-JST |
| ) | |
| Plaintiff, ) | **Order For Dismissal of Defendant** |
| ) | **Equifax Information Services, LLC** |
| v. ) | |
| ) | |
| EQUIFAX INFORMATION ) | |
| SERVICES, LLC; a limited liability ) | |
| company; TRANS UNION LLC, a ) | |
| limited liability company; and DOES 1 ) | |
| through 10 inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to the parties' Stipulation, this Court hereby dismisses the above-captioned action with prejudice as to Defendant Equifax Information Services, LLC and the entire action; the parties to each bear their own attorney fees and costs.

**IT IS SO ORDERED.**

DATE: __October 6, 2017__          BY: _____
                                    UNITED STATES DISTRICT JUDGE

1
Order For Dismissal of Defendant Equifax Information Services, LLC